UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### AMENDED CIVIL MINUTES - GENERAL

| Case No. | 21–MC-1019-CAS (JPRx) | Date | January 6, 2022 |
|---|---|---|---|
| Title | FourWorld Event Opportunities, LP et al. v. Houlihan Lokey, Inc. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Bea Martinez | CS 1/6/2022 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Duane L. Loft (via zoom) | Douglas H. Flaum (via zoom) |
| Brianna S. Hills (via zoom) | Galen Phillips (via zoom) |
| Christine Mackintosh (via zoom) | Alexandra Bargoot (via zoom) |
| Ira A. Schochet (via zoom) | |
| John Kucera (via zoom) | |

**Proceedings:**     (IN COURT): Supplemental Hearing

Case is called. Counsel make their appearances. The third-party intervenor is represented by Timothy G. Nelson, who also appears and states his appearance. Court addresses parties. Argument heard.

For the reasons stated on the record at the hearing, the Court GRANTS Petitioner's application for judicial assistance under 28 U.S.C. 1782. Respondent must produce the documents responsive to the subpoena attached as Exhibit 1 to the Loft Declaration attached to the Supplemental Reply no later than 30 days from the date of the hearing. The deposition of Houlihan's Rule 30(b)(6) representative must take place no later than February 28, 2022. The parties are to continue to meet and confer on a stipulated proposed protective order and submit it to the Court for approval as soon as possible.

Respondent is advised of its right to seek review of this order under Local Rule 72-2.1 and is advised that if it does not, this will be the final order of the Court.

cc: Judge Snyder

| | 1 | : | 07 |
|---|---|---|---|
| Initials of Preparer | | | bm |